UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLAR SUN RINGS, INC., A CALIFORNIA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASIA CONNECTION LLC, A NEW YORK LIMITED LIABILITY COMPANY, et al.<br><br>　　　　Defendants. | Case No. EDCV 13-01035-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Notices filed by Plaintiff on August 20, 2013 (Doc. Nos. 20, 21), IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint as to Defendants Blue Wave Products, Inc., and Best Buy Pool Supply, LLC, are DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  August 21, 2013　　　　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge