**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-01035-VAP (OPx)                     Date:  May 23, 2014

Title:     SOLAR SUN RINGS, INC., A CALIFORNIA CORPORATION -v- ASIA CONNECTION LLC, A NEW YORK LIMITED LIABILITY COMPANY, et al.
===============================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                              None Present
    Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR                  ATTORNEYS PRESENT FOR
PLAINTIFFS:                            DEFENDANTS:

  None                                   None

PROCEEDINGS:      ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    On June 10, 2013, Plaintiff filed the Complaint in this action.  (Doc. No. 1.)  Defendant Asia Connection, LLC was dismissed on June 21, 2013.  (Doc. No. 7.)  The Clerk entered default against Defendants Vimata Interactive, Inc. and Defendants B W Incorporated on August 1, 2013.  (Doc. Nos. 17-19.)  Defendants Blue Wave Products, Inc. and Best Buy Pool Supply, LLC were dismissed on August 20, 2013.  (Doc. Nos. 20-23.)  Since August 2013, Plaintiff has failed to prosecute this action.

**EDCV 13-01035-VAP (OPx)**
**SOLAR SUN RINGS, INC., A CALIFORNIA CORPORATION v. ASIA CONNECTION LLC, A NEW YORK LIMITED LIABILITY COMPANY, et al.**
**MINUTE ORDER of May 23, 2014**

Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than May 29, 2014, why this action should not be dismissed for failure to prosecute. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**