JS-6

SEPEHR DAGHIGHIAN, State Bar No. 239349
NATHAN M. TALEI, State Bar No. 281498
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone:  (310) 887-1333
Facsimile:  (310) 887-1334
E-mail:  sepehr@daghighian.com
nathan@daghighian.com

Attorneys for Plaintiff:
**SOLAR SUN RINGS, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| SOLAR SUN RINGS, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASIA CONNECTION LLC, a New York Limited Liability Company; BEST BUY POOL SUPPLY, LLC, a California Limited Liability Company; VIMATA INTERACTIVE, INC. d/b/a BACKYARDCITYPOOLS.COM, a Tennessee corporation; B.W. INCORPORATED d/b/a FAMILYPOOLFUN.COM, a Minnesota corporation; BLUE WAVE PRODUCTS, INC. d/b/a SPLASHNETEXPRESS.COM a Georgia corporation; POOL DISTRIBUTION, LLC d/b/a PCPOOLS, a Minnesota Limited Liability Company; and Does 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.  ED-CV-13-01035(VAP)(OPx)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

NOTICE OF DISMISSAL

TO THE COURT, TO THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, Plaintiff SOLAR SUN RINGS, INC., a California Corporation ("**Plaintiff**"), hereby dismisses the above-captioned action ("**Action**"), without prejudice, as to all Defendants.

This Notice of Dismissal is being entered by Plaintiff before Defendants have served either an answer or motion for summary judgment. Accordingly, Plaintiff's claims against Defendants will be dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*.

Dated: November 24, 2014

Respectfully submitted,
**LAW OFFICES OF SEPEHR DAGHIGHIAN, P.C.**

/s/ Sepehr Daghighian
SEPEHR DAGHIGHIAN, ESQ.
Attorney for Plaintiff: Solar Sun Rings, Inc.

IT IS SO ORDERED.
DATED: NOV 25 2014

Virginia A. Phillips
UNITED STATES DISTRICT JUDGE